UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BROTHER SUNDIATA SHU EL BEY,

    Plaintiff,

v.                                                          Case No: 8:16-cv-1038-T-27TGW

TAMPA BAY DOWNS,

    Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation of the Magistrate Judge recommending that Plaintiff's request for leave to proceed *in forma pauperis* (Dkt. 5) be denied (Dkt. 6) and that Plaintiff's Complaint be dismissed, but allow Plaintiff to file, within thirty days, an amended complaint and a supplement explaining his purported inability to pay the filing fee. Plaintiff has not filed objections and the time in which to do so has passed. Upon consideration, the Report and Recommendation is adopted as the opinion of the Court, Plaintiff's request to proceed *in forma pauperis* is denied, and Plaintiff's Complaint is dismissed.

A district court may accept, reject or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). In the absence of specific objections, there is no requirement that factual findings be reviewed *de novo*, and the court may accept, reject or modify, in whole or in part, the findings and recommendations. § 636(b)(1)(C); *Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993). Legal conclusions are reviewed *de novo*, even in the absence of an objection. *See LeCroy v. McNeil*, 397 Fed. App'x. 554, 556 (11th Cir. 2010) (citing *United States v. Warren*, 687 F.2d 347, 348 (11th Cir. 1982)); *Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994).

1

Accordingly,

The Report and Recommendation (Dkt. 6) is **APPROVED** and **ADOPTED** as the opinion of the Court for all purposes, including for appellate review. Plaintiff's request to proceed *in forma pauperis* (Dkt. 5) is **DENIED** and his Complaint (Dkt. 1) is **DISMISSED** *without prejudice*. Plaintiff may file an amended complaint within **thirty (30) days**, which must be accompanied by either an amended motion to proceed *in forma pauperis* or the filing fee.[1] Failure to file an amended complaint will result in this case being dismissed without further notice.

**DONE AND ORDERED** this 7th day of July, 2015.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
pro se Plaintiff
Counsel of Record

---

[1] As the Magistrate Judge found, Plaintiff has failed to show he is unable to pay the filing fee.